```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                   AT ROANOKE, VA
                                                        FILED

                                                    JUN 0 3 2005
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | | |
|---|---|---|
| JEFFREY COMPTON, #07142-084, | ) | Civil Action No. 7:05CV00338 |
|     Petitioner, | ) | Criminal Action No. 1:02CR00081 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES, | ) | By: James P. Jones |
|     Respondent. | ) | Chief United States District Judge |

In accordance with the accompanying Opinion, it is hereby **ADJUDGED AND ORDERED** that the petitioner's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 shall be and is hereby **FILED** and **DISMISSED** and this case is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel for the respondent.

ENTER: June 2, 2005.

/s/ James P. Jones
Chief United States District Judge